JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.    SA CV09-1340 DOC(RNBx)                          Date    March 17, 2010

Title    JAMES K. MERRILL, ET. AL., -V- NATIONAL SECURITIES CORPORATION, ET. AL.,

Present: The
Honorable                    DAVID O. CARTER

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

NONE                                      NONE


Proceedings:    (In Chambers)        ORDER  DISMISSING  CONSOLIDATED CASE


On December 8, 2009, this matter was consolidated into the following lead case:
SACV09-1084-DOC(RNBx) Jana McCoy, et. al., -V- Cullum & Burks Securities Inc., et. al.,

Accordingly, the Court orders the above-entitled action dismissed.


                                                        :        0

                                Initials of Preparer    kh